### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

MELISSA MARTINEZ,

        **Plaintiff,**

    vs.                             **CIV No. 1:20-00991-WJ-KRS**

**ANDREW SAUL,**
**Commissioner of Social Security,**

        **Defendant.**

### ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Second Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. 20), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through May 7, 2021, to file his answer or otherwise respond to Plaintiff's Complaint.


_____
KEVIN R. SWEAZEA
United States Magistrate Judge


SUBMITTED AND APPROVED BY:
*Electronically submitted 03/06/2021*
KIRSTEN WESTERLAND
Special Assistant United States Attorney

*Electronically approved 03/06/2021*
JUSTIN S. RAINES
Attorney for Plaintiff