# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MELISSA MARTINEZ,**
       **Plaintiff,**

**vs.**                                                         **CIV NO. 1:20-00991 WJ/KRS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
       **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 31) to file a response to Plaintiff's Motion to Reverse and Remand for Payment of Benefits, or in the Alternative, for Rehearing, with Supporting Memorandum (Doc. 30), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until November 8, 2021, to file a response, and Plaintiff shall have until November 22, 2021, to file a reply.

                                            _____
                                            KEVIN R. SWEAZEA
                                            United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 10/06/2021*
KIRSTEN WESTERLAND
Special Assistant United States Attorney

*Electronically approved 10/06/2021*
JUSTIN S. RAINES
Attorney for Plaintiff